Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1109. DAVIS *v.* AT&T COMMUNICATIONS, INC. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1112. MARTECH USA, INC. *v.* HOEFLICH. Ct. App. Cal., 1st App. Dist. Motion of Insurance Company of North America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1173. BEEMAN ET AL. *v.* COHEN. C. A. 9th Cir. Motion of Community College League of California et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–796. KOREAN AIR LINES CO., LTD. *v.* BICKEL ET AL., 519 U. S. 1093;

No. 96–5996. MOORE *v.* ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL., 519 U. S. 1093;

No. 96–6205. WESTLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 519 U. S. 1094;

No. 96–6287. BELCHER *v.* LESLEY ET AL., 519 U. S. 1031;

No. 96–6589. TUMLIN *v.* GOODYEAR TIRE & RUBBER CO. ET AL., 519 U. S. 1080;

No. 96–6678. STEPHEN *v.* PRUNTY, WARDEN, 519 U. S. 1095;

No. 96–6787. STRUVE *v.* PARK PLACE APARTMENTS, 519 U. S. 1097;

No. 96–6864. BROWN *v.* TURPIN, WARDEN, 519 U. S. 1098; and

No. 96–6904. PENLAND *v.* NORTH CAROLINA, 519 U. S. 1098. Petitions for rehearing denied.

No. 94–9848. GRESHAM *v.* TRANSPORTATION COMMUNICATIONS INTERNATIONAL UNION ET AL., 516 U. S. 860;

No. 96–594. MUDIE *v.* MILTLAND RALEIGH-DURHAM, 519 U. S. 1041; and

No. 96–6581. LURIE *v.* CAESAR'S TAHOE, INC., ET AL., 519 U. S. 1045. Motions for leave to file petitions for rehearing denied.